**2014–1655.   Dahlgren v. Brown Farm Properties, L.L.C.**
Carroll App. No. 13 CA 896, 2014-Ohio-4001. Discretionary appeal accepted. Cause held for the decisions in 2014–0803, *Walker v. Shondrick–Nau*, 7th Dist. Noble No. 13 NO 402, 2014-Ohio-1499,

and 2014–0804, *Corban v. Chesapeake Exploration, L.L.C.*, United States District Court, Southern District of Ohio, Eastern Division, No. 2:13–CV–246.